**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION**

|  |  |
|---|---|
| AMY DOHERTY-HEINZE,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL T. CHRISLEY,<br><br>        Defendant. | Case No.<br><br>**VERIFIED COMPLAINT FOR DEFAMATION**<br><br>**DEMAND FOR JURY TRIAL** |

COMES NOW Plaintiff AMY DOHERTY-HEINZE ("Plaintiff"), and states her Verified Complaint for Defamation against Defendant MICHAEL T. CHRISLEY ("Chrisley"), as follows:

## PARTIES

1.     Plaintiff Doherty-Heinze is an individual resident of the State of Georgia, who resides in Coweta County, Georgia.

2.     Defendant Chrisley is an individual resident of the State of Tennessee, who, upon information and belief, resides and can be served at 9273 Exton Lane, Brentwood, Williamson County, Tennessee, 37027.

## JURISDICTION AND VENUE

3.     There exists complete diversity of citizenship between Plaintiff and Defendant.

4.     The amount in controversy exceeds $75,000, exclusive of interest, costs, and attorneys' fees.

5.     Therefore, this Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1).

6.     Venue is proper in the United States District Court for the Northern District of Georgia, Newnan Division, pursuant to 28 U.S.C. §§ 1391(b)-(c) because Plaintiff Doherty-Heinze resides in this judicial district.

7.     This Court has personal jurisdiction over Defendant Chrisley pursuant to O.C.G.A. § 9-10-91 because he transacts business within the State of Georgia sufficient to anticipate being haled into court in the State of Georgia.

8.     This Court further has personal jurisdiction over Defendant Chrisley because he has filed a lawsuit in the Northern District of Georgia, Atlanta Division, relating to the same subject matter as his defamation of Plaintiff Doherty-Heinze.

9.     This Court further has personal jurisdiction over Defendant Chrisley because his defamation of Plaintiff has been directed specifically toward the State of Georgia, including false and defamatory accusations used by Defendant in an

explicit effort to have Plaintiff's certification by the Georgia Peace Officer Standards and Training Council ("POST") revoked.

10.    This Court further has personal jurisdiction over Defendant Chrisley because his defamation of Plaintiff has been directed specifically toward the State of Georgia, including innumerable statements against the Georgia Department of Revenue, the Georgia Attorney General, and the entire Georgia legal system.

11.    Sufficient contacts exist with respect to Defendant, his business, and the claims at issue in this case to satisfy the requirements of due process as to Defendant.

## FACTUAL ALLEGATIONS

12.    Defendant Chrisley hosts a podcast and is a social media "personality" who had approximately 2.3 million followers on Instagram as of March 2020.

13.    Plaintiff was previously employed by the Georgia Department of Revenue (the "GDOR") as an investigator in the Office of Special Investigations.

14.    Beginning in 2017, the GDOR undertook an investigation of Defendant Chrisley and his wife, Julie Chrisley.

15.    Defendant Chrisley then began a social media campaign against the GDOR and certain of its employees, contending that the investigation was illegal and improperly motivated.

16.     In October 2019, Defendant Chrisley filed a lawsuit against Joshua Waites, who was the Director of the GDOR's Office of Special Investigations at the time of the investigation into the Chrisleys.  *See Chrisley v. Waites*, Case No. 1:19-cv-04610-LMM, United States District Court for the Northern District of Georgia (the "Waites Litigation").

17.     Aside from performing one discrete task, Plaintiff was not involved in the investigation of Defendant Chrisley.

18.     Nevertheless, in early 2020, Defendant Chrisley also began attacking Plaintiff and accusing her of a multitude of crimes and wrongdoing.

19.     Defendant Chrisley has not asserted any claims against Plaintiff in the Waites Litigation or otherwise.

20.     All of Defendant Chrisley's accusations of wrongdoing against Plaintiff are false.

21.     Plaintiff served a retraction demand on Defendant Chrisley on July 2, 2021 (the "Retraction Demand"), a true and correct copy of which is attached hereto as Exhibit A.

22.     In response, Defendant Chrisley failed and refused to retract of any of his false and defamatory accusations against Plaintiff.

## STATUTE OF LIMITATIONS

23.    The false and defamatory accusations made by Defendant that form the basis of this Complaint occurred between March 9, 2020 and July 7, 2020.

24.    On March 14, 2020, the Supreme Court of Georgia issued an Order declaring a Statewide Judicial Emergency pursuant to O.C.G.A. § 38-3-62.  *See* https://www.gasupreme.us/court-information/court_corona_info/ (Original Order).

25.    Pursuant to the Statewide Judicial Emergency Order and pursuant to its authority under O.C.G.A. § 38-3-62, the Georgia Supreme Court as of March 14, 2020, declared that it "hereby suspends, tolls, extends, and otherwise grants relief from any deadlines or other time schedules or filing requirements imposed by otherwise applicable statutes, rules, regulations, or court orders . . . including but not limited to any: (1) statute of limitation. . . ."

26.    On April 6, 2020, the Georgia Supreme Court issued Guidance on Tolling Statutes of Limitation Under the Chief Justice's Order Declaring Statewide Judicial Emergency, which provides that:

> Questions have arisen about how the tolling provision in the Chief Justice's Order of March 14, 2020, Declaring Statewide Judicial Emergency applies to statutes of limitation. Simply put, the tolling of a statute of limitation suspends the running of the period of limitation, but it does not reset the period of limitation. **If the period of limitation for a particular cause of action commenced prior to March 14, 2020 – that is, if the "clock" has started to run before the entry of the Chief Justice's order – the running of the period**

**of limitations was suspended on March 14,** and the running of the period will resume when the tolling provision of the March 14 declaration has expired or is otherwise terminated. **If the event that triggers the running of a period of limitation occurred on or after March 14 – that is, if the "clock" had not started to run before a statewide judicial emergency was declared – the period of limitation will not begin to run until the tolling provision of the March 14 declaration has expired** or is otherwise terminated. In either circumstance, whatever time remained in the period of limitation as of March 14 will still remain when the tolling provision of the March 14 declaration has expired or is otherwise terminated.

https://www.gasupreme.us/court-information/court_corona_info/ (Guidance for

Tolling Statutes of Limitation (April 6, 2020) (emphasis added)).

27.    The Statewide Judicial Emergency Order was extended fifteen (15)

times. *See* https://www.gasupreme.us/court-information/court_corona_info/.

28.    In the Fourth Order Extending Declaration of Statewide Judicial

Emergency dated July 10, 2020, the Supreme Court of Georgia reimposed certain

deadlines on litigants and specifically indicated that "[t]he 122 days between

March 14 and July 14, 2020, or any portion of that period in which a statute of

limitation would have run, shall be excluded from the calculation of that statute of

limitation." *See* https://www.gasupreme.us/court-information/court_corona_info/

(Fourth Extension Order at II.A(10)).

29.    Subsequent extensions of the Statewide Judicial Emergency Order

included the same language as Section II.A(10) of the Fourth Order Extending

Declaration of Statewide Judicial Emergency.  *See*

https://www.gasupreme.us/court-information/court_corona_info/.

30.    As a result of the Statewide Judicial Emergency declared by the

Supreme Court of Georgia, the statute of limitations for the defamation claims set

forth in this Complaint were tolled.

31.    Certain of the false and defamatory statements set forth herein were

made by Defendant Chrisley on March 9, 10, and 11, 2020.

32.    As a result of the Statewide Judicial Emergency, the statute of

limitations for the March 2020 defamation claims "was suspended on March 14"

and "the running of the period [] resume[d]" when the Statewide Judicial

Emergency was lifted on July 14, 2020.  Thus, the statute of limitations for those

claims expires on July 9, 10, and 11, 2021.

33.    Certain of the false and defamatory statements set forth herein were

made by Defendant Chrisley on April 8, May 20 and 28, June 3, and July 6 and 7,

2020.

34.    As a result of the Statewide Judicial Emergency, the statute of

limitations for the claims based on defamation in April, May, June, and July 2020

did "not begin to run until the tolling provision of the March 14 declaration []

expired" on July 14, 2020. Thus, the statute of limitations for those claims expires on July 14, 2021.

35.    As a result of the Statewide Judicial Emergency that suspended the running of the statute of limitations for 122 days between March 14 and July 14, 2020, all claims asserted in this Complaint are timely.

## CAUSES OF ACTION

### COUNT ONE:
### DEFAMATION BY LIBEL

36.    Plaintiff incorporates by reference paragraphs 1 through 35 of this Complaint as if fully stated herein.

37.    On March 9, 2020, Defendant Chrisley published the following post on his Instagram account that includes false and defamatory accusations against Plaintiff:



https://www.instagram.com/p/B9h4_WKHsPc/ (last visited July 9, 2021).

38.    Plaintiff's sister, posting initially as @jamie_thehippie and subsequently as jamieel_84, quickly responded to Defendant Chrisley's post to let him know that his accusations against Plaintiff were false:



This post by Plaintiff's sister was quickly deleted from Defendant Chrisley's Instagram account.

39.    Other Disney employees also posted comments that supported the comment posted by Plaintiff's sister, but those posts also were quickly deleted from Defendant Chrisley's Instagram account.

40.    Plaintiff's sister again responded to Defendant Chrisley's post pointing out that his accusations against Plaintiff were false and asking why he had deleted her initial post:









https://www.instagram.com/p/B9h4_WKHsPc/ (Comments) (last visited July 9, 2021).

41.    Despite being provided almost immediately with information that his accusations against Plaintiff were wrong, Defendant Chrisley published false and defamatory accusations in the comments to his March 9 post in response to questions from his readers, and he advised his readers that he had undisclosed evidence to support his accusations:

















These false and defamatory comments by Defendant Chrisley to his March 9 post,

which are true and correct screenshots, were also quickly deleted.

42.    On March 10 and 11, Defendant Chrisley continued to publish false and defamatory accusations against Plaintiff in the comments to his March 9 post, including falsely contending that he had undisclosed "receipts" to support his accusations against Plaintiff that would soon be disclosed (but never were because they do not exist):





**toddchrisley** ✓    •••

**jessicacarreno213** Who goes to Disney as grown ass adults without kids... 😄

69w   10 likes   Reply

Mar 10, 2020

**toddchrisley** ✓
@jessicacarreno213 trash that's doing it on someone else's dime ..

69w   25 likes   Reply

**southern_mystic_herbalist** @toddchrisley 😂😂😂I'm screaming but you are correct

69w   Reply

♡ ○ ◁                    ⬜

Liked by **lelaseagle** and **others**

MARCH 9, 2020



**toddchrisley** ✓    •••

**toddchrisley** ✓
@jamie_thehippie first off , I don't delete anything , you must've deleted on your side because it dropped off on mine .. Clearly you and your corrupt ass sister didn't heed my podcast message today when I said , "DONT COME FOR ME". So now because you did I'm gonna place it all on blast: Did your sister Amy Fail multiple polygraph test? What was Josh and Amy's relationship in Clayton county? How did Amy get her position with the DOR

♡ ○ ◁                    ⬜

Liked by **lelaseagle** and **others**

MARCH 9, 2020

**toddchrisley** ✓    •••

position with the DOR today when so many other candidates exceeded her lack of qualifications ? Your sister has her job because of Her relationship with Josh Waites . Did your sister use DOR employees to move her on taxpayer time ? Why does your sister have a brand new Kía ? At taxpayer expense ? What participation did Amy have with misappropriation of funds while Josh was there ? I can go on but you are to ignorant to comprehend it so I will contact Disney to

♡ ○ ◁                    ⬜

Liked by **lelaseagle** and **others**

MARCH 9, 2020

**toddchrisley** ✓    •••

so I will contact Disney to see if your facts add up and let them know what you claim to be able to do at their expense . This is gonna get very interesting when your sister is interviewed and deposed . Wanna keep stepping my way ?

69w   15 likes   Reply

Mar 11, 2020

**toddchrisley** ✓
@jamie_thehippie I'm curious , you seem to know a lot about your sisters job as well as myself , did your sister commit a felony and disclose tax information to you about me? She was

♡ ○ ◁                    ⬜

Liked by **lelaseagle** and **others**

MARCH 9, 2020

 

https://www.instagram.com/p/B9h4_WKHsPc/ (Comments) (last visited July 9, 2021).

43.    As was reasonably foreseeable and to be expected, including because of the media coverage surrounding Defendant Chrisley and the prominence of his platform, Defendant Chrisley's false and defamatory accusations against Plaintiff relating to her vacation were republished by the media, for example, in the March 10, 2020, article titled "Todd Chrisley Slams Georgia Dept Of Revenue – Alleges Disney Vacation At Taxpayers' Expense," available at https://www.tvshowsace.com/2020/03/10/todd-chrisley-slams-georgia-dept-of-revenue-alleges-disney-vacation-at-taxpayers-expense/ (last visited July 2, 2021).

44.     On May 28, 2020, Defendant Chrisley published the following post on

his Instagram account, which includes false and defamatory accusations against

Plaintiff:



https://www.instagram.com/p/CAv5Zq2nERi/ (last visited July 9, 2021).

45.     On July 6, 2020, Defendant Chrisley published the following post on

his Facebook account that includes false and defamatory accusations against

Plaintiff as well as including her photograph:



> **Todd Chrisley** ✔
> July 6, 2020 ·
>
> Georgia Dept of Revenue uses a "Reduction in force as their excuse to get rid of some that have committed felonies and misdemeanors , the DOR let 40 people go last week and one of those was Amy Doherty Heinz (3rd photo) who has committed crimes against our family , she was let go so she could maintain her post certification , folks , that means she's allowed to now go to another state agency and commit the same crimes there that she committed at the DOR , well, NOT on my watch . then we have the lying stealing Joshua Karl Waites who was FIRED for lying , he has destroyed evidence , wiped his cell phones and computers after being served with notice to preserve these devices and yes Josh , we have proof of that, this ass clown could at least say Thank you to the taxpayers that he stole from to buy his camper , his new pool in his yard and all his lavish gifts he's been buying .These police officers like Amy Doherty Heinz and Joshua Karl Waites have committed crimes and should be punished for them like anyone else who breaches their oath,and it's my goal to make this happen and shed light on those that refuse to do it . There are so many good decent police officers that do their job with pride and honor and then you have these ass clowns who use their badge to lie , cheat, steal, and bully people and it's all because they want power over the people , please contact the Governors office @briankempga and asked why he is allowing this behavior to go right under his nose. I will be posting screenshots everyday  of everyone who has lodged a complaint and asked Kemp WHY  this isnt being addressed with charges being brought .. Thanks so much for your support , we are making progress , the OSI division that started this witch hunt against our family and led by law enforce ER officers "Joshua Karl Waites and Amy Doherty Heinz has been stripped down to 5 employees for that division and I'm still coming for those spots , well over 40 people are out of the DOR and I'm still working .. GA POST Peace Officers Standards and Training 779-732-5064
> Email- helpdesk@gapost.org if you would like to file a complaint against Josh Waites and Amy Doherty for illegal activities .

https://www.facebook.com/permalink.php?story_fbid=2921608827948420&id=513409295435064 (last visited July 9, 2021).

46.    In a comment to his July 6, 2020 Facebook post in the screenshot above, Defendant Chrisley published the following false and defamatory statements about Plaintiff, indicating that he had undisclosed "proof" to support his accusations against Plaintiff and that this "proof" would be disclosed in a forthcoming lawsuit against Plaintiff – which lawsuit was never filed:



47.     On July 7, 2020, Defendant Chrisley published the following post on his Facebook account, which includes false and defamatory accusations against Plaintiff as well as posting another photograph of Plaintiff:



https://www.facebook.com/permalink.php?story_fbid=2924179607691342&id=51 3409295435064 (last visited July 9, 2021).

48.     Defendant Chrisley also published the following undated post on his tubefollow.com account, which includes false and defamatory accusations against Plaintiff:



This post apparently has been removed from the internet as of the date of filing this

Complaint but was available as of July 2, 2021 (the date of the above screenshot)

at https://i1.wp.com/cdn-

9.tubefollow.com/photos/l/2348028692109556619/toddchrisley-folks-please-take-

the-time-to-contact-ga-post-peace-officers-2348028692109556619.jpg&dl=1.

49.     The posts included in the screenshots above are examples of some of

the social media posts in which Defendant Chrisley published false and defamatory

accusations against Plaintiff.

50.     Throughout his social media posts on Instagram, Facebook, and other

sites, Defendant Chrisley has published the following written false and defamatory

statements and gists about Plaintiff (collectively, the "Libelous Statements"):

a)    "Amy Doherty-Heinze . . . putting those taxpayer dollars at work at the expense of the Georgia Taxpayers [sic]."

b)    "Corrupt ass sister."

c)    "Did your sister Amy Fail [sic] multiple polygraph test [sic]?"

d)    "How did Amy get her position with the DOR today when so many other candidates exceeded her lack of qualifications?"

e)    "Your sister has her job because of her relationship with Josh Waites."

f)    "Did your sister use DOR employees to move her on taxpayer time?"

g)    "Why does your sister have a brand new Kia? At taxpayer expense?"

h)    "What participation did Amy have with misappropriation of fund while Josh was there?

i)    "[Y]ou keep drinking that lieade [sic] Amy is serving . . . ."

j)    "[D]id your sister commit a felony and disclose tax information to you about me?"

k)    "She was trained by Josh so I can understand how Amy would think that she could get away with This [sic]."

l)    "it wasn't their paychecks paying for it, it was taxpayer dollars from a slush fund. . . ."

m)    Asserting that Ms. Doherty-Heinze was "vacationing at the tax payers' expense"

n)    "I have the records to prove it. . . ."

o)    "the forfeiture fund paid their way and they are suppose [sic] to be in Training, not out partying. . . ."

p)  "ask your sister why she had employees Brian Crisp, Martice (state employees) help her move to her new home in Marietta while on the taxpayers dime?'"

q)  "why don't you ask Andy about the failed polygraphs"

r)  "Ask about picking out her own car that Josh bought through the slush fund"

s)  "the Georgia Dept of Revenue and their employees that have committed multiple felonies : . . . 5) Amy Doherty Heinz [sic]"

t)  "ask for a full investigation of this woman 'Amy Doherty Heinze' . . . she can go to any other state job and do the same criminal acts over and over again . . . get rid of any police officer that has abused their power and badge for their own ego or to line their pockets"

u)  "Amy Doherty Heinz [sic] (3rd photo) who has committed crimes against our family . . . she's allowed to now go to another state agency and commit the same crimes there that she committed at the DOR. . . ."

v)  "These police officers like Amy Doherty Heinz [sic] . . . have committed crimes and should be punished for them like anyone else who breaches their oath, and it's my goal to make this happen and shed light on those that refuse to do it."

w)  "you have these ass clowns who use their badge to lie, cheat, steal, and bully people and it's all because they want power over the people. . . ."

x)  "the OSI division that started this witch hunt against our family and led by law enforce ER [sic] officers . . . Amy Doherty Heinz [sic] has been stripped down. . . ."

y)  "Email- [XXXXX]@gapost.org if you would like to file a complaint against . . . Amy Doherty for illegal activities."

z)  "This police officer helped Joshua Karl Waites and Katie Colvin Vancil, Scott Santilli and others to try and destroy our family, she committed crimes and abused the federal GCIC database to help create a false story about us and all for publicity, well now, she's getting the publicity that she wanted."

aa)  The gist that Plaintiff misappropriated taxpayer funds.

bb)  The gist that Plaintiff is professionally unqualified.

cc)  The gist that Plaintiff obtained her job with the DOR through nefarious means.

dd)  The gist that Plaintiff does not deserve to maintain her Georgia POST certification as a law enforcement officer.

ee)  The gist that Plaintiff is dishonest.

ff)  The gist that Plaintiff is professionally corrupt.

gg)  The gist that Plaintiff has committed crimes.

51.  The Libelous Statements are of and concerning Plaintiff.

52.  The Libelous Statements are false.

53.  The Libelous Statements are defamatory.

54.  Defendant Chrisley published the Libelous Statements negligently and with actual malice, i.e., knowledge that the Libelous Statements were false or with reckless disregard for their falsity.

55.     Defendant Chrisley knew that the Libelous Statements were false, including because he fabricated information to support his false and defamatory accusations against Plaintiff.

56.     Defendant Chrisley knew or should have known that the Libelous Statements were false, including because publicly available records contradicted Defendant Chrisley's false and defamatory accusations about Plaintiff.

57.     Defendant Chrisley negligently and recklessly published the Libelous Statements, including by failing to conduct a reasonable investigation prior to publication by, without limitation, failing to consider or knowingly disregarding evidence that was available to him.

58.     Defendant Chrisley negligently and recklessly published the Libelous Statements, including by relying on unreliable sources.

59.     Defendant Chrisley negligently and recklessly published the Libelous Statements, including by relying on sources with a known bias against Plaintiff.

60.     Defendant Chrisley negligently and recklessly published the Defamatory Statements by burying his head in the sand, i.e., engaging in a purposeful avoidance of the truth, by, without limitation, ignoring publicly available records, failing to contact Plaintiff prior to publication to confirm the

truth or falsity of the Libelous Statements, and ignoring accurate information conveyed by Plaintiff's family member and third parties to Defendant Chrisley.

61.     The Libelous Statements constitute defamation per se, for which compensatory damages are presumed as a matter of law.

62.     Plaintiff has suffered actual damages as a direct result of the Libelous Statements about her, including to her reputation.

63.     Plaintiff has suffered actual damages as a direct result of the Libelous Statements about her, including emotional and mental distress.

64.     Plaintiff is entitled to an award of compensatory damages against Defendant Chrisley in an amount to be proven at trial.

65.     Defendant Chrisley published the Libelous Statements with actual malice and common law malice, thereby entitling Plaintiff to an award of punitive damages.

66.     Defendant Chrisley's conduct in publishing the Libelous Statements was outrageous and willful, demonstrating that entire want of care that raises a conscious indifference to consequences.

67.     Plaintiff is entitled to an award of punitive damages against Defendant Chrisley.

68.    Defendant Chrisley has acted in bad faith, has been stubbornly litigious, and has caused Plaintiff unnecessary trouble and expense by making and refusing to retract his Libelous Statements, and Plaintiff is entitled to recovery of attorneys' fees pursuant to O.C.G.A. § 13-6-11.

## COUNT TWO:
## DEFAMATION BY SLANDER

69.    Plaintiffs incorporate by reference paragraphs 1 through 35 of this Complaint as if fully stated herein.

70.    Defendant Chrisley has a podcast titled "Chrisley Confessions" which is publicly available in numerous locations, including Apple Podcasts, Spotify, iHeartRadio, Audible, PodcastOne, and other popular streaming services.

71.    Defendant Chrisley has made numerous false and defamatory accusations against Plaintiff during his podcasts.

72.    During Episode 77 of "Chrisley Confessions," which was released on March 11, 2020, Defendant Chrisley made the following verbal false and defamatory statements and gists about Plaintiff:

       a)  "Amy, listen, you already know that you're next, surely you know that I have the information about your lack of qualifications to be in the position that you're in, surely you know that I know how you got there."

       b)  That when Plaintiff was at Disney World, she was "on the taxpayer's dime"

c)  Referring his listeners to the false and defamatory accusations in his March 9 Instagram post and his false and defamatory subsequent comments on that Post.

d)  "When the hell was you at this conference, Amy?  What did you learn in this conference?  How many hours were you there?"

e)  "If I put it on my social media, you can rest your – you can bet your ass that I've already got the proof, I've got the receipts for it, or I wouldn't be posting it, because I wouldn't want to be harming someone or their character or reputation by saying something that wasn't true."

f)  Advising his listeners that he has people providing "tons of documentation" and that "we already know the answer, you're the only one living on the land of denial and thinking that no one's going to come for you."

g)  The gist that Plaintiff misappropriated taxpayer funds.

h)  The gist that Plaintiff is professionally unqualified.

i)  The gist that Plaintiff obtained her job with the DOR through nefarious means.

j)  The gist that Plaintiff is dishonest.

k)  The gist that Plaintiff is professionally corrupt.

l)  The gist that Plaintiff has committed crimes.

https://www.podcastone.com/episode/77-Pick-that-Phone-Up-Out-of-Respect-

Accountability-Belongs-to-God-and-This-is-Where-You-Are-on-Your-Walk (last

visited July 9, 2021).

73.     During Episode 85 of "Chrisley Confessions," which was released on
May 20, 2020, Defendant Chrisley made the following verbal false and defamatory
statements and gists about Plaintiff:

> a)  "You've got Amy Doherty who is in control of the evidence room
>     within the Department of Revenue and yet there's evidence
>     missing.  There's items that's been seized from taxpayers that the
>     Georgia Department of Revenue cannot account for.  Cash, cell
>     phones, items taken during seizures, things like that."
>
> b)  "Josh Waites wanted her in that position, he wanted her in charge
>     of the evidence room so he could continue doing his stealing and
>     the things that he was doing and have her to cover it up."
>
> c)  "It's obstruction of justice when Amy Doherty destroys documents
>     and lies to agencies that she didn't do certain things that we know
>     that she did. I mean at the end of the day Amy Doherty-Heinze is
>     as guilty as Josh Waites has ever been and we're going to bring all
>     of that out in court."

https://www.podcastone.com/episode/85-Not-Valid-Expectations-Dictionary-
Definition-of-Ho-and-Heartache-Down-the-Road- (last visited July 9, 2021).

74.     During Episode 87 of "Chrisley Confessions," which was released on
June 3, 2020, Defendant Chrisley made the following verbal false and defamatory
statements and gists about Plaintiff:

> a)  "I get to find out about, you know, Amy Doherty, and this gun
>     shooting that she was involved in, and how she celebrates the kill
>     every year."
>
> b)  "Yeah, yeah, that's what was told us. . . . I'm repeating what I have
>     been told.  I'll have you the facts next week."

c) "But Amy Doherty was involved while in Clayton County in a shooting that killed a man.  And every year it's called 'celebrate the kill.'  Now she, folks, is working for the Department of Revenue. So this was the story that was brought back to me."

d) "This individual proceeds to tell me about this celebration of this kill."

e) "No one should be celebrating taking another human's life.  But Amy Doherty-Heinz obviously – and I want to preface, I'm repeating what I've been told, and I don't like to repeat things that are going to harm people if there's no factual basis for them.  I've been told that there is factual basis for this, if there's not then I apologize, and I will retract it next week, but I'm getting all the documentation hopefully by Friday, and I'll fill everyone in on that."

f) "But you know when you have somebody like Amy Doherty-Heinze who is sitting there committing felonies – and these are just the felonies that we know about – and she's still allowed to sit in that position that she's in right now with access to people's backgrounds, their histories, they have prosecuted other people in the State of Georgia for committing these crimes, yet she is still sitting on her job."

g) "Now I'm going to make these things public, and I'm giving them to the press over the course of the next few weeks so that they can put all this stuff out there so we can figure out why the Attorney General Chris Carr has not demanded that charges be brought against these individuals, Amy Doherty-Hinze. . . ."

m) The gist that Plaintiff is dishonest.

n) The gist that Plaintiff is professionally corrupt.

o) The gist that Plaintiff has committed crimes.

https://www.podcastone.com/episode/87-Were-Here-for-the-People- (last visited

July 9, 2021).

75.    During Episode 92 of "Chrisley Confessions," which was released on

July 7, 2020, Defendant Chrisley made the following verbal false and defamatory

statements and gists about Plaintiff:

a)  "Amy was let go, and you know, I had been pushing for that for
    probably 9 months."

b)  "and she did do wrong. Amy Doherty-Heinze utilized a federal
    database, GCIC, to gain information that she would not have had
    without pulling it about me, Julie, and Chase. And she did this
    knowing that it was wrong and knowing that she should have never
    done it."

c)  "she's applying for positions with other police departments which
    will allow her to continue to have her badge, which will allow her
    to keep her POST certification and allow her to go and utilize tools
    that the law enforcement has at their hands for wrongdoing, which
    is what she did with us.  Now that's been proven, folks."

d)  "it doesn't change the criminal conduct that she did while
    employed with the Georgia Department of Revenue."

e)  "Amy Doherty-Heinze was utilizing GCIC on her own. She was
    doing it for shits and giggles just cause she's nosy as hell and
    wanted to figure out a different angle on how to take someone
    down so that her name could be attached to that story."

f)  "The same thing goes with the shooting that she was involved with
    with a young African-American young man who was shot and
    killed.  And the conversation that was brought back to us was that
    she and the other officers involved in that, they celebrate that kill
    date.  Folks, do you understand how serious that is? But yet we're

gonna to allow her to continue with a badge and a gun?  Now I, what I'm repeating – now what I'm stating is something that I was told by someone that worked with her that literally knew of the anniversary of the death of this young African-American male. . ."

g) "we have the evidence to prove what I'm saying, or folks I wouldn't come on this podcast and say it if we didn't have the documents and the testimony to back it up.  So everything that I say on this podcast, I say it because the proof has been provided to me and to my counsel to show that what I'm going to say is factual."

https://www.podcastone.com/episode/92-Do-the-Right-Thing-The-Truth-Comes-Out-and-God-is-Good (last visited July 9, 2021).

76.    Defendant Chrisley has also made false and defamatory statements during other episodes of "Chrisley Confessions" asserting the same accusations and gists identified above from Episodes 77, 85, 87, and 92.  For example, in Episode 79 released on April 8, 2020, Defendant Chrisley referred to Plaintiff as a "cohort" of Joshua Waites who was "in collusion" in wrongdoing on behalf of the GDOR.  https://www.podcastone.com/episode/79-Fighting-the-Rona-Separate-Bathrooms-and-Doing-Our-Child-an-Injustice (last visited July 9, 2021).

77.    The false and defamatory accusations and gists set forth above that were made during numerous episodes of the podcast "Chrisley Confessions" (the "Slanderous Statements") are of and concerning Plaintiff.

78.    The Slanderous Statements are false.

79.     The Slanderous Statements are defamatory.

80.     Defendant Chrisley published the Slanderous Statements negligently and with actual malice, i.e., knowledge that the Slanderous Statements were false or with reckless disregard for their falsity.

81.     Defendant Chrisley knew that the Slanderous Statements were false, including because he fabricated information to support his false and defamatory accusations against Plaintiff.

82.     Defendant Chrisley knew or should have known that the Slanderous Statements were false, including because publicly available records contradicted Defendant Chrisley's false and defamatory accusations about Plaintiff.

83.     Defendant Chrisley negligently and recklessly published the Slanderous Statements, including by failing to conduct a reasonable investigation prior to publication by, without limitation, failing to consider or knowingly disregarding evidence that was available to him.

84.     Defendant Chrisley negligently and recklessly published the Slanderous Statements, including by relying on unreliable sources.

85.     Defendant Chrisley negligently and recklessly published the Slanderous Statements, including by relying on sources with a known bias against Plaintiff.

86.     Defendant Chrisley negligently and recklessly published the Slanderous Statements by burying his head in the sand, i.e., engaging in a purposeful avoidance of the truth, by, without limitation, ignoring publicly available records, failing to contact Plaintiff prior to publication to confirm the truth or falsity of the Slanderous Statements, and ignoring accurate information conveyed by Plaintiff's family member and third parties to Defendant Chrisley.

87.     The Slanderous Statements constitute defamation per se, for which compensatory damages are presumed as a matter of law.

88.     Plaintiff has suffered actual damages as a direct result of the Slanderous Statements about her, including to her reputation.

89.     Plaintiff has suffered actual damages as a direct result of the Slanderous Statements about her, including emotional and mental distress.

90.     Plaintiff is entitled to an award of compensatory damages against Defendant Chrisley in an amount to be proven at trial.

91.     Defendant Chrisley published the Slanderous Statements with actual malice and common law malice, thereby entitling Plaintiff to an award of punitive damages.

92.    Defendant's conduct in publishing the Slanderous Statements was outrageous and willful, demonstrating that entire want of care that raises a conscious indifference to consequences.

93.    Plaintiff is entitled to an award of punitive damages against Defendant Chrisley.

94.    Defendant Chrisley has acted in bad faith, has been stubbornly litigious, and has caused Plaintiff unnecessary trouble and expense by making and refusing to retract his Slanderous Statements, and Plaintiff is entitled to recovery of attorneys' fees pursuant to O.C.G.A. § 13-6-11.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff the following relief against Defendant Chrisley:

A.    Compensatory damages in an amount to be proven at trial in excess of $75,000;

B.    An award of attorneys' fees and costs pursuant to O.C.G.A. § 13-6-11, in an amount to be proven at trial;

C.    An award of punitive damages in an amount to be proven at trial; and

D.    Such other relief as the Court deems just and proper.

Dated:  July 9, 2021                By:  */s/ Nicole Jennings Wade*

Nicole Jennings Wade
State Bar No. 390922
nwade@wgwlawfirm.com
Jonathan D. Grunberg
State Bar No. 869318
jgrunberg@wgwlawfirm.com
G. Taylor Wilson
State Bar No. 460781
twilson@wgwlawfirm.com

WADE, GRUNBERG & WILSON, LLC
600 Peachtree Street N.E.
Suite 3900
Atlanta, GA 30308
Telephone:   (404) 600-1153
Facsimile:    (404) 969-4333

*Attorneys for Plaintiff*

## DEMAND FOR JURY TRIAL

Plaintiffs demand a trial by jury on all counts so triable.

Dated:  July 9, 2021                By:  */s/ Nicole Jennings Wade*

Nicole Jennings Wade
State Bar No. 390922
nwade@wgwlawfirm.com
Jonathan D. Grunberg
State Bar No. 869318
jgrunberg@wgwlawfirm.com
G. Taylor Wilson
State Bar No. 460781
twilson@wgwlawfirm.com

WADE, GRUNBERG & WILSON, LLC
600 Peachtree Street N.E.
Suite 3900
Atlanta, GA 30308
Telephone:    (404) 600-1153
Facsimile:    (404) 969-4333

*Attorneys for Plaintiff*

## **CERTIFICATION UNDER L.R. 7.1D.**

Pursuant to Northern District of Georgia Civil Local Rule 7.1D, the undersigned counsel certifies that this VERIFIED COMPLAINT is a computer document and was prepared in Times New Roman 14 point font, as mandated in Local Rule 5.1C.

This 9th day of July, 2021.

/s/  Nicole Jennings Wade
Nicole Jennings Wade

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | |
|---|---|
| AMY DOHERTY-HEINZE, | Case No. |
| Plaintiff, | |
| v. | **DEMAND FOR JURY TRIAL** |
| MICHAEL T. CHRISLEY, | |
| Defendant. | |

STATE OF GEORGIA

COUNTY OF FULTON

## <u>VERIFICATION</u>

I, Amy Doherty-Heinze, Plaintiff in the above-styled matter, hereby certify under penalty of perjury, before the undersigned officer authorized to administer oaths, that the information contained in the foregoing VERIFIED COMPLAINT is true and correct to the best of my knowledge, information, and belief.

[signature page follows]

This __9th__ day of July, 2021.

_____
Amy Doherty-Heinze

Sworn to and subscribed before me
this __9th__ day of July, 2021.

_____
Notary Public, State of Georgia
My commission expires: MArcH 7, 2023

This Verification was notarized pursuant to
Executive Order 04.09.20.01 using FaceTime
as real-time audio visual communication technology.