# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

### 3:21-cv-00105-TCB
### Doherty-Heinze v. Chrisley
### Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 04/03/2024.

| | |
|---|---|
| TIME COURT COMMENCED: 8:30 A.M. <br> TIME COURT CONCLUDED: 3:50 P.M. <br> TIME IN COURT: 7:20 <br> OFFICE LOCATION: Newnan | COURT REPORTER: Keisha Crump/Melissa Brock <br> DEPUTY CLERK: Uzma Wiggins |

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Jonathan Grunberg representing Amy Doherty-Heinze <br> Leesa Guarnotta representing Michael T. Chrisley <br> Joseph Little representing Michael T. Chrisley <br> Joseph Stuhrenberg representing Michael T. Chrisley <br> Nicole Wade representing Amy Doherty-Heinze <br> G. Wilson representing Amy Doherty-Heinze |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| MINUTE TEXT: | Day Four: Cross-examination of Amy Doherty-Heinze resumed. Redirect by Plaintiffs counsel. Re-cross by Defense. Plaintiffs witness John Koehler sworn and testified via Zoom. Cross-examination by Defense. Plaintiffs witness, Jamie Carter testified via video deposition. Plaintiff rested. Defendant moved for judgment under Rule 50(b) motions. Charge conference held. Defendant rested. Closing arguments by both parties. Jury charged. Jury began deliberations. Jury adjourned for the day at 3:50 pm. Deliberations will resume at 8:10 am, tomorrow morning. Defense Exhibits: D-34, D-33, D-35, D-21, D-22 |
| HEARING STATUS: | Hearing not concluded. Court adjourned until further ordered. Jurors excused until the above time under the usual caution of the Court. |
| TRIAL STATUS: | Evidence Entered, continued |