UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| AMY DOHERTY-HEINZE,<br><br>          Plaintiff,<br><br>v.<br><br>MICHAEL T. CHRISLEY,<br><br>          Defendant. | Civil Action File No.<br><br>3:21-CV-00105-TCB<br>(consolidated with 3:22-CV-00172-TCB) |

## STIPULATION REGARDING PHASE TWO

The parties to the above-entitled action, having met and conferred, and upon determining that good cause exists for the foregoing, hereby stipulate to the following:

1. As part of Mr. Chrisley's conviction in 2022, a judgment in the criminal case was entered with monetary penalties. Mr. Chrisley was ordered to make restitution in the amount of $17,270,741.57 (to the victims) joint and severally with co-defendant Julie Chrisley in that criminal case.

2. Plaintiff's expenses of litigation are reasonable, including (a) her costs of $25,867.42; and (b) her attorneys' fee in the amount of 40% of the sum of the compensatory damages and punitive damages you award. Said 40% contingency attorneys' fee is a usual and customary fee for a case such as this matter and is a valid indicator of the value of the professional services rendered in this case.

SO STIPULATED.

This 4th day of April, 2024.

*/s/ Nicole J. Wade*
Nicole Jennings Wade
Georgia Bar No. 390922
nwade@wgwlawfirm.com
Jonathan D. Grunberg
Georgia Bar No. 869318
jgrunberg@wgwlawfirm.com
G. Taylor Wilson
Georgia Bar No. 460781
twilson@wgwlawfirm.com

**WADE, GRUNBERG & WILSON, LLC**
729 Piedmont Ave. NE
Atlanta, GA 30308
(404) 600-1153 (Phone)
(404) 969-4333 (Fax)

*Counsel for Plaintiff Amy Doherty-Heinze*

*/s/ Leesa M. Guarnotta*
Leesa M. Guarnotta
Georgia Bar No. 342984
lguarnotta@burr.com
Joseph H. Stuhrenberg
Georgia Bar No. 398537
jstuhrenberg@burr.com
Andrew T. Sarangoulis
Pro Hac Vice
asarangoulis@burr.com
Alex Little
*Pro Hac Vice*
alex.little@burr.com

**BURR & FORMAN LLP**
171 Seventeenth Street, NW
Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

*Counsel for Defendant Michael T. Chrisley*

## **CERTIFICATION UNDER L.R. 7.1D.**

Pursuant to Northern District of Georgia Civil Local Rule 7.1D, the undersigned counsel certifies that the foregoing document is a computer document and was prepared in Times New Roman 14-point font, as mandated in Local Rule 5.1C.

This 4th day of April, 2024.

*/s/ Nicole Jennings Wade*
Nicole Jennings Wade
