# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

## 3:21-cv-00105-TCB
## Doherty-Heinze v. Chrisley
## Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 04/04/2024.

TIME COURT COMMENCED: 8:10 A.M.
TIME COURT CONCLUDED: 3:15 P.M.
TIME IN COURT: 7:05
OFFICE LOCATION: Newnan

COURT REPORTER: Keisha Crump/Melissa Brock
DEPUTY CLERK: Uzma Wiggins

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Jonathan Grunberg representing Amy Doherty-Heinze<br>Leesa Guarnotta representing Michael T. Chrisley<br>Joseph Little representing Michael T. Chrisley<br>Joseph Stuhrenberg representing Michael T. Chrisley<br>Nicole Wade representing Amy Doherty-Heinze<br>G. Wilson representing Amy Doherty-Heinze |
| PROCEEDING CATEGORY: | Jury Trial Continued; Jury Trial Concluded |
| MINUTE TEXT: | Day Five: Jurors resumed deliberations. Jury returned a note to the Court at 11:08 am. The Court addressed the note with Counsel and then the jurors. The jurors were sent back to resume deliberations. The jurors returned a note at 12:17 pm. The Court answered the question and jurors resumed deliberations. The jury returned a verdict at 12:30 pm. Phase two of trial began. Jurors heard from both parties regarding punitive damages and attorneys fees. Jury charged. Jurors began phase 2 deliberations. Jurors returned a verdict. See judgment to be docketed at later date. |
| HEARING STATUS: | Hearing Concluded |
| TRIAL STATUS: | Trial Completed-Completed by Jury Verdict |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |