IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

FILED IN OPEN COURT
U.S.D.C. - Newnan

APR 0 4 2024

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

AMY DOHERTY-HEINZE,

    Plaintiff,

v.

MICHAEL T. CHRISLEY,

    Defendant.

CIVIL ACTION FILE

NUMBER 3:21-cv-105-TCB

# VERDICT

WE THE JURY answer the questions submitted to us as follows:

## COUNT ONE: DEFAMATION BY LIBEL

1. Has Plaintiff Amy Doherty-Heinze proved by a preponderance of the evidence that one or more of Defendant Michael T. Chrisley's written statements about her are false and defamatory?

      ✓ Yes.  We the jury find in favor of Plaintiff Amy Doherty-Heinze.

OR

      ___ No.  We the jury find in favor of Defendant Michael T. Chrisley.


2. Has Plaintiff proved by clear and convincing evidence that Defendant Chrisley acted with actual malice in making any of the written false and defamatory statements?

      ✓ Yes    OR    ___ No


*If you have found in favor of Plaintiff with respect to Questions 1 and 2, please proceed to Questions 3 through 6 below regarding damages for Count One. Otherwise, please skip to Count Two on the following page.*

3. On Count One, as compensatory damages for defamation by libel, we the jury award to Plaintiff Amy Doherty-Heinze the amount of $ 175,000.00 .

4. Has Plaintiff proved by a preponderance of the evidence that she is entitled to recovery of her expenses of litigation from Defendant Chrisley on Count One?

   ✓ Yes     OR     ____ No

5. Has Plaintiff proved by clear and convincing evidence that she is entitled to recovery of punitive damages from Defendant Chrisley on Count One?

   ✓ Yes     OR     ____ No

6. Has Plaintiff proved by clear and convincing evidence that Defendant Chrisley had a specific intent to cause harm when he published the statement(s) in Count One for which you have answered yes to questions 1, 2, and 5?

    ✓ Yes        OR        ____ No

*Please proceed to Count Two.*

## COUNT TWO: DEFAMATION BY SLANDER FOR 2020 PODCASTS

1. Has Plaintiff Amy Doherty-Heinze proved by a preponderance of the evidence that one or more of Defendant Michael T. Chrisley's oral statements about her in his 2020 podcasts are false and defamatory?

   ✓\_\_\_\_\_ Yes.  We the jury find in favor of Plaintiff Amy Doherty-Heinze.

OR

   \_\_\_\_\_ No.  We the jury find in favor of Defendant Michael T. Chrisley.


2. Has Plaintiff proved by clear and convincing evidence that Defendant Chrisley acted with actual malice in making any of the oral false and defamatory statements in Count Two?

   ✓\_\_\_\_\_ Yes  OR  \_\_\_\_\_ No


*If you have found in favor of Plaintiff with respect to Questions 1 and 2, please proceed to Questions 3 through 6 regarding damages for Count Two.  Otherwise, please skip to Count Three on the following page.*

5

3. On Count Two, as compensatory damages for defamation by slander, we the jury award to Plaintiff Amy Doherty-Heinze the amount of $ _175,000.00_ .

4. Has Plaintiff proved by a preponderance of the evidence that she is entitled to recovery of her expenses of litigation from Defendant on Count Two?

   _✓_ Yes     OR     ____ No

5. Has Plaintiff proved by clear and convincing evidence that she is entitled to punitive damages from Defendant Chrisley on Count Two?

   _✓_ Yes     OR     ____ No

6. Has Plaintiff proved by clear and convincing evidence that Defendant Chrisley had a specific intent to cause harm when he

published the statement(s) in Count Two for which you have answered yes to questions 1, 2, and 5?

____✓____ Yes         OR         _____ No

*Please proceed to Count Three.*

## COUNT THREE: DEFAMATION BY SLANDER FOR 2022 PODCAST

1. Has Plaintiff Amy Doherty-Heinze proved by a preponderance of the evidence that one or more of Defendant Michael T. Chrisley's oral statements about her in his September 21, 2022, podcast are false and defamatory?

      √ Yes. We the jury find in favor of Plaintiff Amy Doherty-Heinze.

OR

      ____ No. We the jury find in favor of Defendant Michael T. Chrisley.

2. Has Plaintiff proved by clear and convincing evidence that Defendant Chrisley acted with actual malice in making any of the oral false and defamatory statements in Count Three?

      ____ Yes    OR    √ No

*If you have found in favor of Plaintiff with respect to Questions 1 and 2, please proceed to Questions 3 through 6 regarding damages for Count Three. Otherwise, this will end your deliberations, and your foreperson should go to the end of this verdict form to sign and date it.*

3. On Count Three, as compensatory damages for defamation by slander, we the jury award to Plaintiff Amy Doherty-Heinze the amount of $_____.

4. Has Plaintiff proved by a preponderance of the evidence that she is entitled to recovery of her expenses of litigation from Defendant Chrisley on Count Three?

   \_\_\_\_ Yes      OR      \_\_\_\_ No

5. Has Plaintiff proved by clear and convincing evidence that she is entitled to punitive damages from Defendant Chrisley on Count Three?

   \_\_\_\_ Yes      OR      \_\_\_\_ No

6. Has Plaintiff proved by clear and convincing evidence that Defendant Chrisley had a specific intent to cause harm when he published statement(s) in Count Three for which you have answered yes to questions 1, 2, and 5?

\_\_\_\_ Yes        OR        \_\_\_\_ No

*This ends your deliberations. Your foreperson should sign and date this verdict form.*

SO SAY WE ALL.

_____
Foreperson's Signature

Date: April 4, 2024