FILED IN OPEN COURT
U.S.D.C. - Newnan

APR 0 1 2024

KEVIN P. WEIMER, Clerk
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

AMY DOHERTY-HEINZE,

    Plaintiff,

v.

MICHAEL T. CHRISLEY,

    Defendant.

CIVIL ACTION FILE

NUMBER 3:21-cv-105-TCB

## Verdict Regarding Expenses of Litigation and Punitive Damages

WE THE JURY answer the questions submitted to us as follows:

### PUNITIVE DAMAGES

We the jury award to Plaintiff Amy Doherty-Heinze punitive damages in the amount of $ 170,000.00.

### EXPENSES OF LITIGATION

We the jury award to Plaintiff Amy Doherty-Heinze expenses of litigation in the amount of $ 235,000.00.

*This ends your deliberations. Your foreperson should sign and date this verdict form.*

SO SAY WE ALL.

_____
Foreperson's Signature

Date: April ____4____, 2024.

2