IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| AMY DOHERTY-HEINZE,<br><br>Plaintiff,<br>v.<br><br>MICHAEL T. CHRISLEY,<br><br>Defendant. | CIVIL ACTION FILE<br>No. 3:21-cv-105-TCB |

## **J U D G M E N T**

This action having come before a jury for trial upon the merits and the jury having rendered its verdict on April 4, 2024, it is

ORDERED AND ADJUDGED that judgment be and hereby is entered in favor of Plaintiff Amy Doherty-Heinze and against Defendant Michael T. Chrisley in the amount of THREE HUNDRED AND FIFTY THOUSAND DOLLARS ($350,000.00) in compensatory damages, ONE HUNDRED AND SEVENTY THOUSAND DOLLARS ($170,000) in punitive damages, and TWO HUNDRED AND THIRTY-FIVE THOUSAND DOLLARS ($235,000) in expenses of litigation, for a total of SEVEN HUNDRED AND FIFTY-FIVE THOUSAND DOLLARS ($755,000).

SO ORDERED this 4th day of April, 2024.

                                                        _____
                                                        Timothy C. Batten, Sr.
                                                        Chief United States District Judge