IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| AMY DOHERTY-HEINZE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 3:21-cv-00105-LMM |
| MICHAEL T. CHRISLEY, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

This civil action is before the Court on Plaintiff's motion for amended final judgment and/or amended writ of execution. Dkt. No. [159]. Defendant has not filed a response to the motion, thereby indicating that it is unopposed. See LR 7.1(B), NDGa. Upon due consideration, the motion is **GRANTED**.

On April 4, 2024, a jury rendered its verdict in favor of Plaintiff Amy Doherty-Heinze and against Defendant Michael T. Chrisley. Dkt. No. [127, 129]. Final judgment was entered the same day in the total amount of $755,000, made up of $350,000 in compensatory damages, $170,000 in punitive damages, and $235,000 for expenses of litigation. Dkt. No. [131]. Although Defendant initially filed a notice of appeal, he filed a motion to voluntarily dismiss the appeal, which was granted on June 6, 2024. See Dkt. No. [153]. On November 4, 2024, Plaintiff's counsel filed an application for a writ of execution, Dkt. No. [154],

which was issued and mailed to Plaintiff's counsel on November 12, 2024, Dkt. No. [155].

Plaintiff now affirms that she has not taken any action on the writ of execution received from the Court and that her counsel is still in possession of the original writ of execution. Dkt. No. [159]. She states that she intends to domesticate the judgment in Tennessee but has realized that both the writ of execution and the final judgment inadvertently failed to state explicitly that post-judgment interest accrues on the amount of the judgment. Id.

The Court finds that Plaintiff's motion is warranted pursuant to Rules 60(a) and 69(a) of the Federal Rules of Civil Procedure; 28 U.S.C. § 1961(a), (b); and O.C.G.A. § 9-13-6. The Clerk is therefore **DIRECTED** to enter an amended judgment in favor of Plaintiff Amy Doherty-Heinze and against Defendant Michael T. Chrisley in the amount of $350,000 in compensatory damages, $170,000 in punitive damages, and $235,000 for expenses of litigation, for a total amount of $755,000, with interest to accrue pursuant to 28 U.S.C. § 1961(a), (b), *nunc pro tunc* to April 4, 2024. Plaintiff is **DIRECTED** to file an application for writ of execution on the amended judgment and to destroy the previously issued writ.

**IT IS SO ORDERED** this 20th day of November, 2025.

_____
**Leigh Martin May**
**Chief United States District Judge**