UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| AMY DOHERTY-HEINZE, | |
| Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 3:21-cv-0105-LMM |
| MICHAEL T. CHRISLEY, | |
| Defendant. | |

## A M E N D E D   J U D G M E N T

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration of the Plaintiff's Motion to Amend the Final Judgment, it is

**Ordered and adjudged** that an amended judgment is entered in favor of Plaintiff Amy Doherty-Heinze and against Defendant Michael T. Chrisley in the amount of $350,000 in compensatory damages, $170,000 in punitive damages, and $235,000 for expenses of litigation, for a total amount of $755,000, with interest to accrue pursuant to 28 U.S.C. § 1961(a), (b), nunc pro tunc to April 4, 2024.

Dated at Newnan, Georgia, this 20th day of November, 2025.

KEVIN P. WEIMER
CLERK OF COURT

By: s/D. Barfield
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
November 20, 2025
Kevin P. Weimer
Clerk of Court

By: s/D. Barfield
Deputy Clerk